[No. 22275-6-III. Division Three. May 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JASON ALLEN PARKS, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 02-1-00092-6, E. Thompson Reynolds, J., entered July 30, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 23581-5-III. Division Three. May 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT BUSTMANTE GONZALEZ, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00447-5, John M. Antosz, J., entered October 11, 2004. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Brown and Kato, JJ.

[Nos. 23834-2-III; 24313-3-III. Division Three. May 23, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY D. DAVIS, *Appellant.*

*In the Matter of the Personal Restraint of* ANTHONY DION DAVIS, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01828-6, Jerome J. Leveque, J., entered January 26, 2005, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Kato, J., concurred in by Brown, J. and Thompson, J. Pro Tem. Now published at 133 Wn. App. 415.